**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Ruth Tines ) | |
| ) | Case No:  15 B 32642 |
| ) | Judge:      Hunt |
| ) | Chapter   13 |
| Debtor ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Ruth Tines, 3548 W 76th Pl, Chicago, IL 60652
**See Attached Service List**

PLEASE TAKE NOTICE that on June 24, 2019 at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Hunt, or any other Bankruptcy Judge presiding in her place in Courtroom 719 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before June 3, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-32642<br>Northern District of Illinois<br>Eastern Division<br>Mon Jun  3 17:43:50 CDT 2019 | DIRECTV, LLC by American InfoSource LP as ag<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Advocate Christ Medical Center<br>4440 W 95th St<br>Oak Lawn, IL 60453-2600 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Armor Systems Co<br>1700 Kiefer Dr<br>Ste 1<br>Zion, IL 60099-5105 | Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714-4610 | Cardiovascular Consultants<br>2800 West 95th St<br>Evergreen Park, IL 60805-2701 |
| Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Cci<br>Contract Callers I<br>Augusta, GA 30901 | Certifed Svc<br>1733 Washington St Ste 2<br>Waukegan, IL 60085-5192 |
| City of Chicago Department Revenue<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | Columbus Cabrini<br>c/o Hoevel Talbot Assoc.<br>225 W Washington St.<br>Chicago, IL 60606-2418 |
| ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181-4204 |
| Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Rd Ste 3000<br>Southfield, MI 48034-8331 | DIRECTV, LLC American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Falls Collection Svc<br>Po Box 668<br>Germantown, WI 53022-0668 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164-0378 |
| IRS<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Illinois Department of Revenue<br>PO Box 4385<br>Chicago, IL 60680-4385 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lance Martin & Assoc.<br>5996 W Touhy Ave.<br>Niles, IL 60714-4610 | M.C.O.A.<br>City of Hometown<br>Municipal Collections of America, Inc.<br>3348 Ridge Rd<br>Lansing, Il 60438-3112 |

```
Mage & Price                         Midland Credit Management, Inc. as agent for   Midnight Velvet
707 Lake Cook Road                   MIDLAND FUNDING LLC                            Swiss Colony Midnight Velvet
Deerfield, IL 60015-5613             PO Box 2011                                    1112 7th Ave
                                     Warren, MI 48090-2011                          Monroe, WI 53566-1364


Midnight Velvet                      Monroe & Main                                  Monroe And Main
c/o Creditors Bankruptcy Service     c/o Creditors Bankruptcy Service               1112 Seventh Ave.
P.O. Box 800849                      P.O. Box 800849                                Monroe, WI 53566-1364
Dallas, TX 75380-0849                Dallas, TX 75380-0849


Municollofam                         Oaklawn Immediate Care                         PEOPLES GAS LIGHT & COKE COMPANY
3348 Ridge Road                      4419 W 95th St                                 200 EAST RANDOLPH STREET
Lansing, IL 60438-3112               Oak Lawn, IL 60453-7223                        CHICAGO, ILLINOIS 60601-6433


Peoples Gas                          Scotts Lawn Service                            Sears/cbna
Attention: Bankruptcy Department     PO Box 388                                     Po Box 6282
130 E. Randolph 17th Floor           Marysville, OH 43040-0388                      Sioux Falls, SD 57117-6282
Chicago, IL 60601-6207


Speedy Cash                          Target Credit Card (TC)                        University of Chicago Medical Ctr
3611 N Ridge Rd                      C/O Financial & Retail Services                15965 Collections Center Drive
Wichita, KS 67205-1214               Mailstop BT    P.O. Box 9475                   Chicago, IL 60693-0159
                                     Minneapolis, MN 55440-9475


Verizon                              Jason Blust                                    Marilyn O Marshall
500 Technology Dr                    Law Office of Jason Blust, LLC                 224 South Michigan Ste 800
Ste 550                              211 W. Wacker Drive                            Chicago, IL 60604-2503
Weldon Spring, MO 63304-2225         Ste. 300
                                     Chicago, IL 60606-1390


Patrick S Layng                      Ruth L Tines
Office of the U.S. Trustee, Region 11 3548 W. 76th Place
219 S Dearborn St                    Chicago, IL 60652-1410
Room 873
Chicago, IL 60604-2027
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Department of Revenue       (d)Illinois Department of Revenue             Jefferson Capital Systems
100 W. Randolph Street               Bankruptcy Section Suite 7-400                16 Mcleland Rd
Legal Services M/C                   PO BOX 64338                                  Saint Cloud, MN 56303
Chicago, IL 60601                    Chicago, IL. 60664-0338


(d)Jefferson Capital Systems LLC     End of Label Matrix
Purchased From Verizon Wireless      Mailable recipients    49
Po Box 7999                          Bypassed recipients     0
Saint Cloud Mn 56302-9617            Total                  49
```

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  Ruth Tines ) 
) Case No: 15 B 32642
) Judge: Hunt
) Chapter 13
       Debtor )

## MOTION TO MODIFY PLAN

Now comes Ruth Tines (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On September 25, 2015, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on December 16, 2015.  The confirmed plan called for payments of $345.00 for 60 months, paying unsecured creditors 6% on their claims.

3. Debtor's confirmed plan calls for the commitment period to be 60 months. At the time of filing, the Debtor's priority creditors amounted to $14,587.00 which caused her case to run 60 months. The priority creditors that actually filed claims in the Debtor's case amounted to $11,886.37.  Debtor is under median and is eligible for a minimum commitment period of 36 months. At a 36 month plan, Debtor will pay general unsecured creditors 10% of their claims.

4. Debtor's case is currently running over term because of the minimum 60 month term which causes the minimum pot balance to be $23,084.00. Debtor's minimum pot balance should be $12,420.00 since she is under median and eligible for a minimum

commitment period of 36 months. Debtor believes she can finish her case timely if her plan payment is increased to $460.00 per month. Debtor believes she can afford to pay the new plan payment and her other household expenses. Please see attached Exhibit A for Debtor's I and J schedules.

5. The Debtor is respectfully requesting that her minimum commitment period is decreased to 36 months.

6. If the Debtor's commitment period is decreased, and her plan payment is increased to $460.00 per month, the general unsecured creditors will receive at least 10% of their claims.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Decreasing the Chapter 13 plan commitment period to 36 months;
2. Increasing the Chapter 13 plan payment to $460.00 per month; and
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica M. Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001